UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ELIZABETH MARTIN,<br><br>　　　　　Plaintiff,<br>vs.<br><br>CENTRAL CREDIT SERVICES, LLC<br><br>　　　　　Defendant. | **Case No. 4:18-cv-00051-FJG** |

## JOINT NOTICE OF SETTLEMENT

　　　　Plaintiff Elizabeth Martin and Defendant Central Credit Services, LLC hereby give notice that they have reached a settlement in principle and are in the process of preparing a final settlement agreement.  The parties anticipate that execution of the final settlement agreement will occur on or before May 1, 2018.  After the parties have executed a final settlement agreement, Plaintiff will file a Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(1)(A)(ii).

Respectfully submitted,

**CREDIT LAW CENTER**

**/s/ Andrew M. Esselman**
Andrew M. Esselman  # 64837
4041 NE Lakewood Way, Suite 200
Lee's Summit, MO 64064
Tel:　(816) 246-7800
Fax:　(855) 523-6884
andrewe@creditlawcenter.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2018, the foregoing was electronically filed with the

Clerk of the Court using the CM/ECF system, which sends notice to all counsel of record.


/s/    **Andrew M. Esselman**
Attorney for Plaintiff